**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Corey McKINON, Defendant–Appellant.**

No. 08–13011
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 18, 2008.

David Jonathon Joffe, Joffe & Joffe, P.A., Ft. Lauderdale, FL, for Defendant–Appellant.

Before TJOFLAT, DUBINA and KRAVITCH, Circuit Judges.

PER CURIAM:

David Joffe, appointed counsel for Corey McKinon, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the